NUMBER 13-04-337-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________


IN RE THE JOHN G. & MARIE STELLA KENEDY
MEMORIAL FOUNDATION

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo 
Per Curiam Memorandum Opinion




         Relator, The John G. & Marie Stella Kenedy Memorial Foundation, filed a motion
for temporary relief and petition for writ of mandamus in the above cause on June 30,
2004. The Court, having examined and fully considered the motion for temporary
relief and the petition for writ of mandamus, is of the opinion that relator has not
shown itself entitled to the relief sought and the motion for temporary relief and
petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8. 
Accordingly, the motion for temporary relief and petition for writ of mandamus are
DENIED. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 6th day of July, 2004.